UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET DALLO,

    Plaintiff,

v.

HOLLAND AMERICA LINE INC,

    Defendant.

C19-865 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court hereby WITHDRAWS the reference of all pretrial matters to Magistrate Judge Theresa L. Fricke.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of July, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1