1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

MARGARET DALLO,

                Plaintiff,

   v.

HOLLAND AMERICA LINE, INC.,
et al.

                Defendants.

C19-865 TSZ

MINUTE ORDER

13

    The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

16

    (1)    Plaintiff's motion for partial summary judgment, docket no. 19, is
DENIED.  Genuine disputes of material fact preclude summary judgment as to whether
plaintiff was comparatively negligent in connection with her fall while aboard the
MS EURODAM.  *See* Fed. R. Civ. P. 56(a).

17

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18

    Dated this 3rd day of August, 2020.

19

20

William M. McCool
Clerk

21

s/Karen Dews
Deputy Clerk

22

23

MINUTE ORDER - 1