UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET DALLO,

           Plaintiff,

  v.

HOLLAND AMERICA LINE, INC., et al.,

           Defendants.

C19-865 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Having further considered the nature and status of this case, including the likelihood that most, if not all, of the witnesses will testify via perpetuation deposition or by video conference, as well as the developing situation involving Coronavirus Disease 2019 ("COVID-19"), the Court DIRECTS the parties to SHOW CAUSE, on or before August 21, 2020, why trial in this matter cannot be conducted entirely remotely, with the possible exception of jury deliberations. The parties' briefs shall not exceed ten (10) pages in length per side.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 7th day of August, 2020.

                            William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk

MINUTE ORDER - 1