UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET DALLO,

    Plaintiff,

v.

HOLLAND AMERICA LINE N.V., LLC,

    Defendant.

C19-865 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court APPROVES the parties' stipulation, docket no. 42, and the caption of this case is AMENDED as follows: *Margaret Dallo v. Holland America Line N.V., LLC*.

(2) The Clerk is DIRECTED to update the docket accordingly and to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1