Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET DALLO,

   Plaintiff,

 v.

HOLLAND AMERICA LINE N.V., LLC, a Curacao corporation,

   Defendant.

NO. 2:19-cv-00865-TSZ

PLAINTIFF'S TRIAL BRIEF

## I. SUMMARY OF TRIAL

This is a non-complex personal injury case that occurred on a cruise ship. On November 26, 2018, a worker on board a Holland America Line ("HAL") vessel opened a door outward into a passenger hallway from a crew assembly area, knocking Plaintiff Margaret Dallo over as she walked past. Plaintiff suffered a traumatic brain injury (TBI) and required surgery to evacuate the blood that was building up inside her cranium.

At issue in this trial are liability, causation, and damages. Plaintiff will call eyewitnesses to testify about what happened on the date in question, and question HAL representatives on their knowledge of the incident. Plaintiff will call an expert in human factors (Joellen Gill) to testify

Plaintiff's Trial Brief – Page 1
Dallo v. HAL, et al., Case No. 2:19-cv-00865-TSZ

FRIEDMAN | RUBIN
1109 – 1ST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446

regarding normal human behavior in combination with the features of the ship. Plaintiff will call an expert neurologist to talk about her injuries, resultant treatment, and medical bills. Plaintiff will also call lay witnesses and treating doctors to testify about her prior level of functioning and any changes they have seen in Plaintiff since the injury.

## II. WITNESSES

Plaintiff intends to call the following witnesses:

A. Cary D. Alberstone, MD, FACS – will via videoconference, or via videotaped deposition, 1700 North Rose Avenue, Suite 250, Oxnard, CA 93030, (805) 983-1700. Dr. Alberstone is a medical doctor who specializes in brain and spinal surgery who will be called to testify regarding the injuries received by Ms. Dallo and the resultant treatment. He will also testify regarding the Plaintiff's medical bills regarding and whether they are reasonable, necessary, and related.

B. Joellen Gill – will testify via videoconference, or via videotaped deposition, Applied Cognitive Sciences, 10501 South Lambs Lane, Mica, WA 99023, (509) 624-3714. Ms. Gill is a human factors engineering consultant who is board certified in professional ergonomics who will be called to testify human factor considerations consistent with her report previously disclosed.

C. Ziad Allos, MD – will testify via videoconference, or via videotaped deposition, Scripps Health, 10862 Calle Verde, La Mesa, CA 91941, (619) 660-1822. Dr. Allos is Plaintiff's primary care physician. He is a non-retained hybrid expert. He has knowledge of the facts related to Plaintiff's injuries and her physical condition both before and after the injury and will offer opinions consistent with his testimony at his deposition.

D. Margaret Dallo – will testify via videoconference, or via videotaped deposition, c/o FRIEDMAN│RUBIN, 1109 – 1st Avenue, Suite 501, Seattle, WA 98101, (206) 501-4446. Ms. Dallo is the plaintiff in this matter. She will be called to testify regarding the nature of her injuries, the circumstances and cause of her injuries, and the impact of injuries to the quality of her life.

E. Jacklen Michail – will testify via videoconference, or via videotaped deposition, 3133 Jamacha View Drive, El Cajon, CA, (619) 733-6621. Ms. Michail is Plaintiff's daughter and was present when Plaintiff was injured. She has knowledge of the facts related to Plaintiff's injuries and her physical condition prior to and since the injury. She also has knowledge of the facts related to Plaintiff's damages resulting from the injuries.

Plaintiff's Trial Brief – Page 2
*Dallo v. HAL, et al.,* Case No. 2:19-cv-00865-TSZ

FRIEDMAN │ RUBIN
1109 – 1ST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446

F. Layla Konja (deceased) – will testify via videotaped deposition. Ms. Konja was Plaintiff's daughter and was present when Plaintiff was injured. She had knowledge of the facts related to Plaintiff's injuries and her physical condition prior to and since the injury. She also had knowledge of the facts related to Plaintiff's damages resulting from the injuries.

G. Michael Dallo, Sr. – will testify via videoconference, or via videotaped deposition, 3589 Babel Drive, Jamul, CA, (619) 301-9601. Mr. Dallo is Plaintiff's son. He has knowledge of facts related to Plaintiff's injuries and her physical condition prior to and since the injury. He also has knowledge of facts related to Plaintiff's damages resulting from the injuries.

H. Mona Dallo – will testify via videoconference, or via videotaped deposition, 3589 Babel Drive, Jamul, CA, (619) 756-3216. Ms. Dallo is Plaintiff's daughter-in-law. She has knowledge of facts related to Plaintiff's injuries and her physical condition prior to and since the injury. She also has knowledge of facts related to Plaintiff's damages resulting from the injuries.

I. Mary Kalil – will testify live, or via videoconference, or via videotaped deposition, 3582 Tamra Court, Jamul, CA, (619) 251-2670. Ms. Kalil is Plaintiff's granddaughter. She has knowledge of facts related to Plaintiff's injuries and her physical condition prior to and since the injury. She also has knowledge of facts related to Plaintiff's damages resulting from the injuries.

J. Irma Velasco – will testify via videoconference, or via videotaped deposition, 3890 Sipes Lane #46, San Ysidro, CA, (619) 717-9085. Ms. Velasco is Plaintiff's housekeeper and friend. She has knowledge of facts related to Plaintiff's injuries and her physical condition prior to and since the injury. She also has knowledge of facts related to Plaintiff's damages resulting from the injuries.

K. Kelly Coyne – will testify via videoconference, or via videotaped deposition, 3125 Jamacha View Drive, El Cajon, CA 92019-5143. Mr. Coyne is Plaintiff's neighbor and friend. He has knowledge of facts related to Plaintiff's injuries and her physical condition prior to and since the injury. He also has knowledge of facts related to Plaintiff's damages resulting from the injuries.

L. Mark A. Aguirre – will testify via videoconference, or via videotaped deposition, c/o Holland America. Mr. Aguirre is an officer, director, managing agent, or other person who will testify regarding matters requested by way of Notice of 30(b)(6) Deposition to HAL dated June 15, 2020.

M. James Colwell– will testify via videoconference, or via videotaped deposition, c/o Holland America. Mr. Colwell is an officer, director, managing agent, or other person who will testify regarding matters requested by way of Notice of 30(b)(6) Deposition to HAL dated June 17, 2020.

Plaintiff's Trial Brief – Page 3
*Dallo v. HAL, et al.,* Case No. 2:19-cv-00865-TSZ

FRIEDMAN | RUBIN
1109 – 1ST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446

## III. ISSUES

A jury will be necessary to determine fault of the parties, whether the alleged negligence caused Plaintiff's injuries, and the amount of her damages. The parties have briefed their Motions in Limine and submitted them. There are no other outstanding legal issues for the court at this time.

The parties have conferred regarding the identity of the defendant and filed a stipulation that Holland America Line N.V., L.L.C., is the proper defendant for purposes of this litigation (although the various other entities work in concert with HAL N.V.) (Dkt. 42).

The parties have also conferred and agreed to language regarding the relationship between Mr. Milic (the crewmember who opened the door) and HAL. In short, HAL agrees that it is vicariously liable for any negligence on the part of Mr. Milic. The parties joint pretrial report contains language to that effect in the stipulated facts section.

## IV. CONCLUSION

This is a simple case that is only complicated somewhat by the application of novel technology. Plaintiff will work diligently to be prepared to meet the challenges associated with this technology. We will continue to work with defense counsel to resolve issues without involving the court. We anticipate completing our case in chief in a timely manner once the jury is selected.

DATED this 11th day of September, 2020.

/s/David P. Roosa
David P. Roosa, WSBA #45266
Kenneth R. Friedman, WSBA #17148
FRIEDMAN|RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
Telephone: (206) 501-4446
E-mail: droosa@friedmanrubin.com
         kfriedman@friedmanrubin.com
*Attorneys for Plaintiff*

Plaintiff's Trial Brief – Page 4
*Dallo v. HAL, et al.,* Case No. 2:19-cv-00865-TSZ

FRIEDMAN | RUBIN
1109 – 1ST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446

**CERTIFICATE OF SERVICE**

On this 11th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 11th day of September, 2020, at Seattle, Washington.

*/s/ David P. Roosa*
DAVID P. ROOSA

Plaintiff's Trial Brief – Page 5
*Dallo v. HAL, et al.,* Case No. 2:19-cv-00865-TSZ

FRIEDMAN | RUBIN
1109 – 1ST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446