UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET DALLO,

           Plaintiff,

    v.

HOLLAND AMERICA LINE,

           Defendant.

C19-865 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court has reviewed the Joint Submission of Deposition Designations and Objections, docket no. 49, and now rules as follows:

        (a)    Aguirre deposition – all objections are overruled.

        (b)    Colwell deposition – objection, pgs. 14:4-15:1, is sustained; objection, pg. 16:18-22, is overruled; objections, pgs. 18:4-20; 23:5-24:2, and 25:8-11, are sustained.

        (c)    No other objections were noted for any other deposition.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 14th day of September, 2020.

                             William M. McCool
                             Clerk

                             s/Karen Dews
                             Deputy Clerk

MINUTE ORDER - 1