Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET DALLO,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLLAND AMERICA LINE N.V., LLC, a Curacao corporation;<br><br>    Defendant. | NO.  2:19-cv-00865-TSZ<br><br>**STIPULATION AND ORDER REGARDING VERBATIM REPORT OF PROCEEDINGS** |

The parties, by and through counsel, hereby stipulate that Plaintiff may release the Verbatim Report of Proceedings dated October 7, 2020, pages 843 line 18 to page 870 line 9. The names of the jurors and Holland America Line representative will be redacted prior to release. The specific use of this redacted transcript will be for presenting to the court in *Erickson v. Monsanto*, King County Superior Court Cause No. 18-2-11915-4 SEA.

Date:  December 29, 2020

*/s/ Kenneth R. Friedman*
David P. Roosa, WSBA #45266
Kenneth R. Friedman, WSBA #17148
FRIEDMAN|RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
Telephone: (206) 501-4446
droosa@friedmanrubin.com
kfriedman@friedmanrubin.com
Attorneys for Plaintiff

Stipulation and Order – Page 1
*Dallo  v. HAL, et al.,* Case No. 2:19-cv-00865-TSZ

FRIEDMAN | RUBIN
1109 – 1ST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446

Date:  December 29, 2020

/s/ Lisa M. Conner
Lisa M. Conner, WSBA # 51257
*lisac@fdw-law.com*
Melody C. Chang, WSBA # 51612
*melodyc@fdw-law.com*
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone: (562) 435-2626
lisac@fdw-law.com
melodyc@fdw-law.com
Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED this 4th day of January, 2021.

_____
Thomas S. Zilly
United States District Judge

Stipulation and Order – Page 2
*Dallo v. HAL, et al.,* Case No. 2:19-cv-00865-TSZ

FRIEDMAN | RUBIN
1109 – 1ST AVENUE, SUITE 501
SEATTLE, WA 98101
(206) 501-4446